AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00028 |
| Jerry McKane Waynick | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 2/14/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jerry McKane Waynick,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Act of Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (F) - Utter Loud, Threatening, or Abusive Language, Engage in Disorderly or Disruptive Conduct, and Acts of Physical Violence in a Capitol Building or Grounds;
18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers.

Date: 02/14/2022

Zia M. Faruqui
2022.02.14
14:41:06 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/14/2022, and the person was arrested on *(date)* 2/17/2022
at *(city and state)* Charlotte, TN.

Date: 2/17/2022

Christopher R. Potts, SA FBI
*Arresting officer's signature*
*Printed name and title*